Date: 12/10/09

Page: 1

**DIVIDENDS REMITTED TO THE COURT**

Check Number 165 Dated 12/10/09

Case Number 05-33765 - CHANG O'HARA'S BISTRO, INC

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **RYAN PLUMBING**<br>811 UNIVERSITY AVENUE<br>ST PAUL MN 55104<br>  FINAL DISTRIBUTION | 000002 | 142.46 | 1.90 |
| **CROSSTOWN MECHANICAL**<br>509 COMO AVENUE<br>ST PAUL MN 55103<br>  FINAL DISTRIBUTION | 000004 | 324.25 | 4.33 |
| **HITECH PAPER**<br>982 NORTH DALE STREET<br>ST PAUL MN 55102<br>  FINAL DISTRIBUTION | 000005 | 186.68 | 2.49 |
| **KINKOS**<br>CUSTOMER ADMINISTRATIVE SERVICES<br>PO BOX 672085<br>DALLAS TX 75267<br>  FINAL DISTRIBUTION<br>  8900 | 000013 | 230.51 | 3.08 |

---------- Remittance Total ----------    883.90    11.80

John A. Hedback, Trustee

RECEIVED 09 DEC 16 AM 11:27 US BANKRUPTCY COURT ST. PAUL MN