RECEIVED
FEB -9 AM 11: 02
U.S. BANKRUPTCY COURT
ST. PAUL, MN

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

#1770

Unclaimed Dividends

Debtor: CHANG O'HARA'S BISTRO, INC

Chapter 7 Case No. 05-33765-DDO

Unclaimed Dividends

| Name and Address of Payee | Amount Claimed | Net Amount Paid (after taxes) |
|---|---|---|
| MATTHEW BORK<br>514 ASHLAND AVE<br>ST PAUL, MN 55102 | 520.00 | 402.22 |
| NICOLE FOSTER<br>384 LAUREL AVE, APT 4<br>ST PAUL, MN 55102 | 200.00 | 154.70 |
| ANDREA MCCOY<br>186 MCBOAL ST<br>ST PAUL, MN 55102 | 250.00 | 193.37 |
| ARMANDO ROSAS-LOMELLI<br>195 EDMUND ST, #132<br>ST PAUL, MN 55107 | 950.49 | 735.21 |
| JAVIER DELGADO<br>1539 ST PAUL AVE<br>ST PAUL, MN 55116 | 217.50 | 168.23 |
| TONYA ASHFIELD<br>549 DAYTON AVE<br>ST PAUL, MN 55102 | 271.19 | 209.77 |
| JORGE L GONZALEZ<br>175 CHARLES AVE, #246<br>ST PAUL, MN 55104 | 503.11 | 389.15 |
| KRISTINA CAPISTRANT<br>297 DAYTON AVE<br>ST PAUL, MN 55102 | 238.89 | 184.79 |

| | | |
|---|---:|---:|
| ALLEN COLE<br>2201 DRAPER AVE<br>ROSEVILLE, MN 55113 | 1115.62 | 862.93 |
| JORGE GONZALEZ ORTIZ<br>584 SELBY AVE<br>ST PAUL, MN 55102 | 460.96 | 356.55 |
| CHARLES PALENSCHAT<br>614 ½ SULLY AVE<br>ST PAUL, MN 55104 | 486.65 | 376.42 |
| NESTOR GUZMAN<br>2060 WILSON AVE, #12<br>ST PAUL, MN 55102 | 405.38 | 313.56 |
| KRISTIN KUGLER<br>763 E ORANGE AVE<br>ST PAUL, MN 55106 | 1100.00 | 850.85 |
| JAMES KNUTSON<br>1173 SHERBURNE AVE<br>ST PAUL, MN 55104 | 186.33 | 136.39 |
| KRISTOPHER KREKELBERG<br>2201 DRAPER AVE<br>ROSEVILLE, MN 55113 | 484.00 | 374.37 |
| TIM CAREY<br>4209 CHICAGO AVE SO<br>MINNEAPOLIS, MN 55407 | 43.42 | 33.59 |
| AMBR4EA EFFERTZ<br>3401 COLFAX AVE, #216<br>MINNEAPOLIS, MN 55408 | 100.15 | 77.46 |
| NORMA MONTOYA<br>616 SELBY AVE<br>ST PAUL, MN 55102 | 264.57 | 204.64 |
| HECTOR ARCE<br>650 SELBY AVE, #1<br>ST PAUL, MN 55102 | 499.72 | 386.53 |

INDALECIO CRUZ
380 NORTH DUNLAP AVE #2
ST PAUL, MN 55104               361.09              279.30

TOTAL                           8659.07          ~~6969.32~~ 6690.03

Date: February 8, 2010          _____
                                John A. Hedback, Trustee

```
402.22  +
154.70  +
193.37  +
735.21  +
158.23  +
209.77  +
389.15  +
184.79  +
852.93  +
356.56  +
376.42  +
313.56  +
380.65  +
156.39  +
374.37  +
35.59   +
77.46   +
204.64  +
306.53  +
279.30  +
6,690.03 *
```