Date: 02/08/10

**DIVIDENDS REMITTED TO THE COURT**

Check Number 196 Dated 02/08/10

Case Number 05-33765 - CHANG O'HARA'S BISTRO, INC

Page: 1

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| RYAN PLUMBING<br>811 UNIVERSITY AVENUE<br>ST PAUL MN 55104<br>　FINAL DISTRIBUTION | 000002 | 142.46 | 0.81 |
| CROSSTOWN MECHANICAL<br>509 COMO AVENUE<br>ST PAUL MN 55103<br>　FINAL DISTRIBUTION | 000004 | 324.25 | 1.84 |
| HITECH PAPER<br>982 NORTH DALE STREET<br>ST PAUL MN 55102<br>　FINAL DISTRIBUTION | 000005 | 186.68 | 1.06 |
| BIX PRODUCE COMPANY LLC<br>1415 LORIENT STREET<br>ST PAUL MN 55117<br>　FINAL DISTRIBUTION<br>　11750 | 000008 | 652.00 | 3.70 |
| KINKOS<br>CUSTOMER ADMINISTRATIVE SERVICES<br>PO BOX 672085<br>DALLAS TX 75267<br>　FINAL DISTRIBUTION<br>　8900 | 000013 | 230.51 | 1.31 |
| ---------- Remittance Total ---------- | | 1,535.90 | 8.72 |

John A. Hedback, Trustee

RECEIVED 10 FEB -9 AM 11:01 U.S. BANKRUPTCY COURT ST PAUL, MN