UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends

Debtor: CHANG O'HARA'S BISTRO, INC

Chapter 7 Case No. 05-33765-DDO

Unclaimed Dividends

| Name and Address of Payee | Amount Claimed | Net Amount Paid (After Taxes) |
|---|---|---|
| CATHERINE PFLUEGER<br>815 IGLEHART AVE<br>ST PAUL, MN 55102 | 163.82 | 126.71 |
| AARON GODWIN<br>3200 HUMBOLDT AVE SO, #1<br>MINNEAPOLIS, MN 55408 | 63.72 | 49.29 |
| ERIKA NELSON<br>860 MARGARET ST<br>ST PAUL, MN 55106 | 244.73 | 189.30 |
| TOTAL | | 365.30 |

Date: April 16, 2010

_____
John A. Hedback, Trustee