UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

RECEIVED
10 JUN 17 AM 9:12
U.S. BANKRUPTCY COURT
ST PAUL, MN

Unclaimed Dividends

Debtor: CHANG O'HARA'S BISTRO, INC

Chapter 7 Case No. 05-33765-DDO

Unclaimed Dividends

| Name and Address of Payee | Amount Claimed | Amount Paid |
|---|---|---|
| MN DEPARTMENT OF HUMAN RIGHTS<br>190 EAST 5TH ST, STE 700<br>ST PAUL, MN 55101 | 1000.00 | 5.69 |
| TOTAL | $1000.00 | $5.69 |

Date: June 16, 2010

_____
John A. Hedback, Trustee